NUMBER 13-05-525-CR

 

                                 COURT OF
APPEALS

 

                     THIRTEENTH DISTRICT OF
TEXAS

 

                         CORPUS CHRISTI -
EDINBURG

__________________________________________________________________

 

JOHN R. HUIZAR, JR.,                                                                      Appellant,

 

                                                             v.

 

THE
STATE OF TEXAS,                                                                    Appellee.

__________________________________________________________________

 

                              On appeal from the
36th District Court

                                    of San Patricio County, Texas.

__________________________________________________________________

 

                               MEMORANDUM
OPINION

                                                              

            Before Chief Justice
Valdez and Justices Yanez and Garza

                                 Memorandum
Opinion Per Curiam

 

                                                                              








Appellant, JOHN R. HUIZAR, JR., attempts to appeal a conviction for felony theft.  The trial
court has certified that this Ais a plea-bargain case, and the defendant has NO
right of appeal.@  See Tex. R. App. P. 25.2(a)(2).

On January
3, 2006, this Court notified appellant=s counsel of the trial court=s certification and ordered counsel to: (1) review
the record; (2) determine whether appellant has a right to appeal; and (3)
forward to this Court, by letter, counsel=s
findings as to whether appellant has a right to appeal, or, alternatively,
advise this Court as to the existence of any amended certification.

On January
17, 2006, counsel filed a letter brief with this Court.  Counsel=s response does not establish (1) that the
certification currently on file with this Court is incorrect or (2) that
appellant otherwise has a right to appeal. 


The Texas Rules
of Appellate Procedure provide that an appeal must be dismissed if the trial
court=s certification does not show that the defendant has
the right of appeal.  Tex. R. App. P. 25.2(d); see Tex. R. App. P. 37.1, 44.3, 44.4.
Accordingly, this appeal is dismissed.  Any pending motions are denied as moot.

 

PER CURIAM

 

Do not publish. 
Tex. R. App. P. 47.2(b).

 

Memorandum Opinion delivered and filed this

the 9th day of February, 2006.